# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**McGARRETT BERNARD LAWSON,** :
:
   **Plaintiff** :
:
   v. : 5:05-CV-311 (WDO)
:
**JAMES BERGMAN, et al.,** :
:
   **Defendants** :

## ORDER

Having carefully considered the Magistrate Judge's Report and Recommendation to grant Defendant's motion for summary judgment in this case, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court. Defendant's motion for summary judgment is GRANTED and this case is DISMISSED.

   **SO ORDERED this 1st day of March, 2007.**


   **S/**
   **WILBUR D. OWENS, JR.**
   **UNITED STATES DISTRICT JUDGE**